RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW PARKER,<br><br>Defendant. | 2:11-cr-00041-LRH-LRL<br><br>**ORDER FOR DEFENDANT'S<br>CONDITIONS OF PRETRIAL RELEASE** |

The Defendant's shall be on Pretrial Release with the following conditions.

1. The Defendant shall reside at the Las Vegas Community Corrections Center, located at 2901 S. Industrial Road, Las Vegas, Nevada 89109.

2. The Defendant shall attend and complete the C.A.R.E. program.

3. The Defendant shall comply with all other conditions as set forth in the Personal Recognizance Bond.

IT IS SO ORDERED:

_____
LARRY R. HICKS
United States District Judge

Dated: 8/11/11

1