DANIEL G. BOGDEN  
United States Attorney  
MICHAEL CHU  
Assistant United States Attorney  
333 Las Vegas Blvd South, Suite 5000  
Las Vegas, Nevada 89101  
(702) 388-6271



```
    ✓ FILED           RECEIVED
      ENTERED         SERVED ON
              COUNSEL/PARTIES OF RECORD

           FEB - 3 2012

         CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

### UNITED STATES DISTRICT COURT
### District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>Matthew PARKER )<br>Defendant ) | Case No. 2:11-cr-00041-LRH-VCF-1<br><br>PETITION FOR ACTION<br>ON CONDITIONS OF<br>PRETRIAL RELEASE |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Jaime B. Stroup, Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 1st day of February, 2012.

DANIEL G. BOGDEN  
United States Attorney

By /S/  
Michael Chu  
Assistant U. S. Attorney

Honorable Larry R. Hicks
U.S. District Judge
Re: Matthew PARKER
Page 2

## COURT ACTION

**_X_ AGREE:**   The conditions of release are modified to include the following:

1. Defendant is prohibited from using or possessing synthetic marijuana, also known as "spice."
2. Defendant is to be placed back in Phase I of the CARE Program for an additional 30-45 days. At which time, the defendant will continue as scheduled with the program until successful completion.
3. Defendant shall undergo a mental health evaluation and attend any subsequent treatment/counseling as deemed necessary by Pretrial Services.
   -The defendant shall pay all or part of the program based upon ability to pay.

**___ DISAGREE:**   Take no action. The conditions of release are not modified at this time. The defendant will continue on the same release order previously entered.

**___ OTHER:**   _____

   _____

**IT IS SO ORDERED**

_____   2/2/12
Honorable Larry R. Hicks         Date
U.S. District Judge