PS 8
(Revised 12/04)

```
___ ✓ FILED          ___ RECEIVED
___ ENTERED          ___ SERVED ON
                     COUNSEL/PARTIES OF RECORD

        FEB  -3 2012

        CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Matthew PARKER                    Docket No. 2:11-cr-00041-LRH-VCF-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jaime Stroup, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Matthew PARKER, who was placed under pretrial release supervision by the Honorable Larry R. Hicks in the Court at Las Vegas, Nevada on August 11, 2011, on a Personal Recognizance Bond, with the following conditions:

1. Pretrial Services supervision.
2. Maintain or actively seek employment after three (3) months completion of CARE Program.
3. Maintain residence at halfway house.
4. Refrain from possessing a firearm, destructive device, or other dangerous weapons.
5. Refrain from any use of alcohol.
6. Do not use or possess any illegal controlled substances.
7. Submit to drug testing as directed by Pretrial Services.
8. Participate in a program of inpatient or outpatient substance abuse therapy and counseling- attend and complete CARE Program.

Respectfully presenting petition for action of Court and for cause as follows:

The the defendant was found with synthetic marijuana on his person while staying at the halfway house and actively participating in the CARE program. The defendant admitted to possessing and using synthetic marijuana both at halfway house and in public while out on recreation/job search passes. The defendant indicated he has been using synthetic marijuana daily for the past two weeks.

PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S CONDITIONS OF RELEASE BE MODIFIED TO INCLUDE THE FOLLOWING:

1. Defendant is prohibited from using or possessing synthetic marijuana, also known as "spice."
2. Defendant is to be placed back in Phase I of the CARE Program for an additional 30-45 days. At which time, the defendant will continue as scheduled with the program until successful completion.
3. Defendant shall undergo a mental health evaluation and attend any subsequent treatment/counseling as deemed necessary by Pretrial Services.
   -The defendant shall pay all or part of the program based upon ability to pay.

ORDER OF COURT

Considered and ordered this 2nd day of February, 2012 and ordered filed and made a part of the records in the above case.

_____
Honorable Larry R. Hicks
U.S. District Judge

I declare under penalty of perjury that the information herein is true and correct.

Executed on this 1st day of February, 2012.

Respectfully Submitted,

_____
Jaime B. Stroup
United States Pretrial Services Officer

Place: Las Vegas, Nevada