RENE L VALLADARES
Federal Public Defender
RAQUEL LAZO
Assistant Federal Public Defender
411 East Bonneville, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Counsel for: **MATTHEW PARKER**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | **2:11-CR-00041-LRH-LRL** |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS** |
| vs. | (Expedited Treatment Requested) |
| MATTHEW PARKER, | |
| Defendant. | |

1.  On August 11, 2011, this court stayed Mr. Parker's sentencing and released Mr. Parker, under Pretrial Supervision, to the halfway house to complete the C.A.R.E. program.

2.  As of last week, Mr. Parker successfully completed and graduated from the C.A.R.E. program.

3.  Mr. Parker respectfully requests that his release conditions be modified to permit him to be released from the halfway house and reside at his parent's house pending sentencing. Sentencing is currently scheduled for July 17, 2012.

4.  Mr. Parker's pretrial services officer, Sandra Bustos, has no opposition. In fact, she has already visited Mr. Parker's potential residence and approved it.

5.  Government counsel also has no opposition to Mr. Parker's request.

DATED this 25th day of June, 2012.

    RENE L. VALLADARES
    Federal Public Defender

    */s/ Raquel Lazo*
    RAQUEL LAZO
    Assistant Federal Public Defender

1

RENE L VALLADARES
Federal Public Defender
RAQUEL LAZO
Assistant Federal Public Defender
411 East Bonneville, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Counsel for: **MATTHEW PARKER**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:11-CR-00041-LRH-LRL |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| MATTHEW PARKER, | |
| Defendant. | |

IT IS HEREBY ORDERED that Defendant Matthew Parker's Conditions of Release is modified to permit him to be released from the halfway house and reside at his parent's house pending sentencing.

DATED this 29th day of June, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE