# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:11-cr-41-LRH-LRL |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| MATTHEW PARKER, ) | |
| ) | |
| Defendant. ) | |

Court Report Donna Davidson is requested to prepare and file transcripts of the following:

Defendant's Sentencing Hearings on August 11, 2011 (#29), on July 17, 2012 (#44) and on December 5, 2012 (#63).

IT IS HEREBY ORDERED that fees for the transcripts designated shall be paid by the United States as provided under 28 U.S.C. § 753(f).

DATED this 26th day of February, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE